pellees. *Rentrop & Martin* for intervening-appellee Pigeon River Country Association. Reported *ante,* p 1.


INSURANCE COMPANY OF NORTH AMERICA V SOUTHEASTERN ELECTRIC COMPANY, INC. (Docket No. 59996.) Rehearing denied. *C. Bruce Taylor* for plaintiff-appellant. *Hayim I. Gross* for defendant-appellee. Reported at 405 Mich 554.


CLINTON COUNTY DEPARTMENT OF PUBLIC WORKS V AMERICAN BANK & TRUST COMPANY. (Docket No. 61684.) Rehearing denied. *Maples & Wood* for plaintiff-appellant. *Frank X. Fortescue, P.C.,* for defendants-appellees. Reported *ante,* p 85.


MAY 31, 1979


SHAVERS V ATTORNEY GENERAL. (Docket No. 57916.) On order of the Court, it appearing that pursuant to remand in *Shavers v Attorney General,* 402 Mich 554, 634-636 (1978), on February 13, 1979 the trial court issued an order dismissing the complaints on the two issues remanded without prejudice to subsequent consideration in any appropriate proceeding, this Court no longer retains jurisdiction over the two issues remanded and the parties may proceed accordingly.


JUNE 21, 1979


YELLOW FREIGHT SYSTEM, INC V PUBLIC SERVICE COMMISSION (AFTER REMAND). (Docket No. 61968.) The motion for miscellaneous relief filed by plaintiffs-appellees is denied because the Court is not persuaded that an order such as prayed for in conjunction with the motion would be appropriate. The applications for leave to appeal which are presently pending in this Court, are limited to the question of whether the Court of Appeals correctly determined that plaintiff-appellee Yellow Freight's certificate of operation was not revoked as a matter of law. This denial is without prejudice to the right of plaintiffs-appellees to seek in any appropriate administrative or judicial forum a determination of the request for temporary operating authority. *Clark, Klein, Winter, Parsons & Prewitt* and *Farhat, Burns & Story, P.C.,* for plaintiff-appellee Yellow Freight System, Inc. *Bushnell, Gage, Reizen & Byington* for plaintiff-appellee Central Transport, Inc. Reported below: 84 Mich App 241.